1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,           )
                                   )
vs.                                )          2:11-cr-00021-PMP-RJJ
                                   )
HENRY LEE STUCKEY,                 )
                                   )
              Defendant.           )          **ORDER**
                                   )
_____)

On January 13, 2011, the Federal Public Defender was appointed to represent Henry Lee Stuckey. The Federal Public Defender filed a motion to withdraw on June 2, 2011, and this Court granted the motion on June 6, 2011. Margaret Stanish was then appointed in place of the Federal Public Defender. The Court has been advised that a conflict exists.

Accordingly, IT IS HEREBY ORDERED that Gary L. Myers, Esq. is APPOINTED as counsel for Henry Lee Stuckey in place of the Margaret Stanish for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Myers forthwith.

DATED this ___7th___ day of June, 2011.


_____
ROBERT J. JOHNSTON
United States Magistrate  Judge