FILED

FEB 2 2 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HENRY LEE STUCKEY, ) <br> ) <br> Defendant. ) | 2:11-CR-021-PMP (RJJ) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on February 22, 2012, defendant HENRY LEE STUCKEY pled guilty to a Three-Count Superseding Criminal Information charging him in Count One with Mail Fraud, in violation of Title 18, United States Code, Section 1341, and in Count Two with Wire Fraud in violation of Title 18, United States Code, Section 1343.

This Court finds defendant HENRY LEE STUCKEY agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Superseding Criminal Information and the Plea Agreement.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Superseding Criminal Information and the offenses to which defendant HENRY LEE STUCKEY pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p):

1. Sony Desktop computer including power cord, serial number C6UOHP3S;
2. Compaq Laptop including power cord, serial number 2CE849PCHQ;
3. Seagate Free Agent 320 GB Hard Drive;
4. MSI Notebook, serial number U123-001USK 0906000013;
5. iPhone with large white apple sticker;
6. Five CDs;
7. Three dare-elec, 2GB memory cards;
8. One Micros, 2GB memory card;
9. One Seagate hard drive, serial number 2GE1LEOT;
10. One HP Pavilion CPU, serial number 3CR85009WV;
11. LG Phone IMEI number 353023-02-096402-4;
12. Sony VAIO CPU, serial number 3000638;
13. 9 CDs;
14. Two CDs;
15. One DVD;
16. Lexar Thumbdrive, serial number N12610;
17. Sandisk Cruzer, serial number SDC236-004G;
18. Apple Computer and keyboard, serial number W87405VXX86;
19. Targus thumbdrive, serial number 0803006285;
20. One CD labeled DOC transfer disk;
21. One Dell CPU, serial number, 0585N31;
22. One Dell CPU, serial number 77MKY71;
23. One Dell CPU and extension cord, serial number GRYMR91;
24. One Blackberry telephone, MEI number 268435458802325338;
25. One CD and One DVD;
26. PNY Attache thumbdrive;

1     27.    Sandisk cruzer thumbdrive, serial number BL0811NGXB;

2     28.    Six DVDs;

3     29.    One Blackberry cell phone FCC ID: L6ARBU20CW;

4     30.    One iPhone with case, FCC ID: BCG-E2380A; and

5 an *in personam* criminal forfeiture money judgment of $206,919.00 in United States Currency ("property").

7 This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

9 NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

11 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of HENRY LEE STUCKEY in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

15 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

21 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

23 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

26 . . .

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this _22_ day of _Feb_, 2012.

_____
UNITED STATES DISTRICT JUDGE