**FILED**

SEP 04 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HENRY LEE STUCKEY, ) <br> ) <br> Defendant. ) | 2:11-CR-021-PMP-(RJJ) |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT HENRY LEE STUCKEY

On February 22, 2012, this Court entered the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p), forfeiting property of defendant HENRY LEE STUCKEY to the United States of America. Preliminary Order of Forfeiture, ECF No. 35.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 35) is final as to defendant HENRY LEE STUCKEY.

DATED this 21st day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE