# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| United States of America, | ) Case No.: 2:11-CR-21-PMP |
| | ) |
| Plaintiff, | ) **Order Granting Government's Motion to** |
| | ) **Stay Briefing Schedule Until Defendant's** |
| vs. | ) **Former Counsel Provides Affidavit** |
| | ) **Addressing Defendant's Allegations.** |
| Henry Stuckey, | ) |
| | ) |
| Defendant. | ) |

Based on the pending application of the Government, and good cause appearing,

    IT IS THEREFORE ORDERED that the that the Government's deadline for responding to Defendant's 28 U.S.C. § 2255 motion is stayed until 30 days from the date Jonathan Powell provides the information requested in the Government's motion to waive the attorney-client privilege.

DATED this 22nd day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE

3