UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Henry Stuckey,<br><br>　　　　　Defendant. | Case No.: 2:11-CR-21-PMP<br><br>**Order Granting Government's Motion to Waive Attorney-Client Privilege with Respect to Allegations in Defendant's 28 U.S.C. § 2255 Motion.** |

Based on the pending application of the Government, and good cause appearing,

IT IS THEREFORE ORDERED that the attorney-client privilege in case No. 2:11-cr-21-PMP is waived with respect to the allegations in Defendant's 28 U.S.C. § 2255 motion, and that Jonathan Powell shall provide the Government with an affidavit addressing the allegations of ineffective assistance in Defendant's 28 U.S.C. § 2255 motion no later than 30 days from the date of this order.

DATED this 22nd day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE