UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cr-00021-PMP |
| Plaintiff, | **ORDER** |
| v. | |
| HENRY LEE STUCKEY, | |
| Defendant. | |

On May 22, 2014, the Court granted the Government's Motion to Stay Briefing Until Defendant's Former Counsel Provides an Affidavit Addressing Defendant's Allegations (Doc. #72). To date, no response to Defendant's Motion to Vacate (Doc. #68) has been filed by the Government.

**IT IS THEREFORE ORDERED** that, if it has not already done so, the Government shall have until **July 10, 2014** within which to secure the Affidavit of Defendant's former counsel, Jonathan Powell, and shall thereafter file a response to Defendant's Motion to Vacate (#68) on or before **July 24, 2014**.

DATED: June 24, 2014.

PHILIP M. PRO
United States District Judge