UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>HENRY LEE STUCKEY,<br><br>  Defendant. | 2:11-cr-00021-PMP-RJJ<br><br><u>ORDER</u> |

Presently before the Court is Defendant Henry Lee Stuckey's Motion to Set Aside Judgment (Doc. #79). On July 28, 2014, this Court entered an Order (Doc. #78) denying Defendant Henry Lee Stuckey's Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 (Doc. #68). On August 14, 2014, Defendant Stuckey filed a Motion to Set Aside Judgment (Doc. #79) advising the Court that he had never received the Government's Response (Doc. #76) to his motion, which had been filed on June 27, 2014. The Government states that it does not oppose Stuckey's Motion.

IT IS THEREFORE ORDERED that Defendant Henry Lee Stuckey's Motion to Set Aside Judgment (Doc. #79) is GRANTED and that this Court's Order (Doc. #78) entered July 28, 2014, is VACATED.

IT IS FURTHER ORDERED that Defendant Henry Lee Stuckey shall have to and including September 12, 2014, within which to file a reply to the Government's Response (Doc. #76) to his Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255.

DATED: August 18, 2014

_____
PHILIP M. PRO
United States District Judge