UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> HENRY LEE STUCKEY, ) <br> ) <br> Defendant. ) <br> ) | 2:11-CR-00021-PMP-RJJ <br><br> <u>ORDER</u> |

Presently before the Court is Defendant Henry Lee Stuckey's Motion for Transcripts and for Time to Respond (Doc. ##82, 83), filed on September 19, 2014. Defendant requests transcripts of his change of plea hearing and all subsequent hearings. Defendant further requests additional time to file a reply in support of his Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 (Doc. #68). The Government states that it does not oppose Defendant's motion. (Government's Non-Opp'n to Def.'s Mot. for Transcripts & Time to Respond (Doc. #84).)

IT IS THEREFORE ORDERED that Defendant Henry Lee Stuckey's Motion for Transcripts and for Time to Respond (Doc. ##82, 83) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall provide to Defendant Henry Lee Stuckey transcripts of the hearings held on February 22, 2012 (Doc. #37), August 21, 2012 (Doc. #43), and September 4, 2012 (Doc. #46).

///

///

IT IS FURTHER ORDERED that Defendant Henry Lee Stuckey shall have sixty (60) days from the date of this Order to file a reply to the Government's Response (Doc. #76) to his Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 (Doc. #68).

DATED: September 25, 2014

_____
PHILIP M. PRO
United States District Judge