# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**October 7, 2019**

Name of Offender: **Henry Lee Stuckey**

Case Number: **2:11CR00021**

Name of Sentencing Judicial Officer: **Honorable Philip M. Pro**

Date of Original Sentence: **September 4, 2012**

Original Offense: **Wire Fraud; Wire Fraud; and Simple Assault**

Original Sentence: **137 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **October 11, 2019**

Name of Assigned Judicial Officer: **To Be Assigned**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center. Subsistence shall be waived.

## CAUSE

Stuckey is currently under Bureau of Prisons (BOP) authority residing at the Residential Reentry Center (RRC). He is receiving a sentencing benefit and instead of releasing from the BOP in December 2019, is now scheduled to release on October 11, 2019. Due to the decrease in time, he has not been able to obtain suitable housing and is requesting public law placement at the RRC.

To support Mr. Stuckey in his current situation, our office is requesting a modification of his conditions to include an RRC condition for up to 120 days as needed to obtain suitable housing.

Further, our office is also requesting the required subsistence to be waved as well. If there are any further questions, please feel free to contact the undersigned at (702)-527-7225.

Respectfully submitted,

Kamu Kapanui
2019.10.08
17:06:32 -07'00'

Kamuela K Kapanui
United States Probation Officer

Approved:

Joy Gabonia
2019.10.08 07:41:16
-07'00'

Joy Gabonia
Supervisory United States Probation Officer

## THE COURT ORDERS

☐ No Action.

☐ The extension of supervision as noted above.

X The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

Signature of Judicial Officer

10/9/2019

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

### District of Nevada

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center. Subsistence shall be waived.

Witness _____
            Case Manager

Signed _____
           Probationer or Supervised Releasee
           (Stuckey, Henry Lee)

_____10-8-19_____
     Date