Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**January 7, 2020**

Name of Offender: **Henry Lee Stuckey**

Case Number: **2:11CR00021**

Name of Sentencing Judicial Officer: **Honorable Philip M. Pro**

Date of Original Sentence: **September 4, 2012**

Original Offense: **Wire Fraud, Mail Fraud and Simple Assault**

Original Sentence: **137 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **October 11, 2019**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Community Service** – You must complete 20 hours of community service within 30 days. The probation officer will supervise the participation in the program by approving the program (agency, location, frequency of participation, etc.). You must provide written verification of completed hours to the probation officer.

## CAUSE

On January 7, 2019, Stuckey again failed to appear for a scheduled drug test. It should be noted this is his fourth missed drug test since his commencement on supervision. When questioned regarding the missed test, he stated he forgot to call the drug line. He successfully completed his previous sanction of completing the drug testing logs in December 2019. Due to the extremely recent completion of the previous sanction, the undersigned believes the recommended 20 hours of community service work is an appropriate sanction for his missed drug test. He was advised to maintain the drug log on his own if he believes that would assist him.

**RE: Henry Lee Stuckey**

Prob12B
D/NV Form
Rev. June 2014

Attached is a waiver of hearing form signed by the offender to modify his conditions accordingly. The offender was explained his right to a hearing and the assistance of counsel but waived those rights and agreed to the requested modification.

Respectfully submitted,

_____
Kamuela K Kapanui
United States Probation Officer

Approved:

_____
Joy Gabonia
Supervisory United States Probation Officer

## *THE COURT ORDERS*

☐      No Action.

☐      The extension of supervision as noted above.

x      The modification of conditions as noted above

☐      Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

_____
Signature of Judicial Officer

01/09/2020
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Community Service** – You must complete 20 hours of community service within 30 days. The probation officer will supervise the participation in the program by approving the program (agency, location, frequency of participation, etc.). You must provide written verification of completed hours to the probation officer.

Witness _____  Signed _____
U.S. Probation Officer  Probationer or Supervised Releasee
  (Stuckey, Henry Lee)

1/7/2020
Date